■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR E. PEARSALL, Appellant. [888 NYS2d 414]—Appeal by the defendant from an order of the County Court, Suffolk County (Spinner, J.), dated November 18, 2008, which, after a hearing to redetermine the defendant's sex offender risk level pursuant to the stipulation of settlement in *Doe v Pataki* (3 F Supp 2d 456 [1998]) and pursuant to *Doe v Pataki* (481 F3d 69 [2007]), designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant failed to show, by clear and convincing evidence, that special circumstances existed warranting a downward departure from his presumptive risk level two sex offender designation (*see People v Herron*, 59 AD3d 414 [2009]; *People v Ainoris*, 57 AD3d 864 [2008]; *People v Pasquarelli*, 57 AD3d 753 [2008]; *People v Guaman*, 8 AD3d 545 [2004]; *cf. People v Abdullah*, 31 AD3d 515, 516 [2006]).

Accordingly, the County Court, after considering the mitigating factors advanced by the defendant, appropriately determined the defendant to be a level two sex offender and providently exercised its discretion in denying his request for a downward departure. Skelos, J.P., Eng, Austin and Roman, JJ., concur.